666 A.2d 163

IN THE MATTER OF STEPHEN A. PEPE,
AN ATTORNEY AT LAW.

November 8, 1995.

### *ORDER*

This matter having been duly presented to the Court, it is ORDERED that **STEPHEN A. PEPE** of **TUCKERTON,** who was admitted to the bar of this State in 1971, and who was suspended from the practice of law for a period of three months, effective July 24, 1995, by Order of this Court dated June 30, 1995, be restored to the practice of law, effective immediately.